**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**PAMELA LASSITER,**

    **Plaintiff,**

  vs.                                    Civil Action 2:10-CV-671
                                          Judge Watson
                                          Magistrate Judge King

**STATE FARM FIRE & CASUALTY
COMPANY,**

    **Defendant.**

## ORDER and
## REPORT AND RECOMMENDATION

    This action was removed to this Court as a diversity action. 28 U.S.C. §1332. Plaintiff filed a motion to remand. Doc. No. 6. In the parties' Rule 26(f) report filed this date, Doc. No. 8, the parties represent that defendant "consents to having the matter remanded." *Id*., at 1.

    Under these circumstances, the preliminary pretrial conference scheduled for today is **VACATED**.

    It is **RECOMMENDED** that the action be remanded to the Court of Common Pleas for Washington County.

    If any party seeks review by the District Judge of this *Report and Recommendation,* that party may, within fourteen (14) days, file and serve on all parties objections to the *Report and Recommendation,* specifically designating this *Report and Recommendation,* and the part thereof in question, as well as the basis for objection thereto. 28 U.S.C. §636(b)(1); F.R. Civ. P. 72(b). Response to objections must be filed within fourteen (14) days after being served with a copy thereof. F.R. Civ. P. 72(b).

    The parties are specifically advised that failure to object to the *Report and Recommendation* will result in a waiver of the right to *de novo* review by the District Judge and of the right to appeal the decision of the District Court adopting the *Report and Recommendation. See Thomas*

*v. Arn*, 474 U.S. 140 (1985); *Smith v. Detroit Federation of Teachers, Local 231 etc.*, 829 F.2d 1370 (6th Cir. 1987); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).


September 15, 2010                              *s/Norah McCann King*
 (Date)                                     Norah M<sup>c</sup>Cann King
                                      United States Magistrate Judge