IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Pamela Lassiter,

    Plaintiff,

v.

    Case No. 2:10-cv-671

State Farm Fire & Casualty Company,

    Judge Michael H. Watson
    Magistrate Judge King

    Defendant.

## ORDER

On September 15, 2010, the United States Magistrate Judge issued a *Report and Recommendation* recommending that this action be remanded to the Court of Common Pleas for Washington County. *Report and Recommendation*, ECF No. 9. Although the parties were expressly advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so, there has nevertheless been no objection.

The *Report and Recommendation* is **ADOPTED AND AFFIRMED**.

The motion to remand, ECF No. 6, is **GRANTED**.

This action is **ORDERED REMANDED** to the Court of Common Pleas for Washington County.

_____
Michael H. Watson, Judge
United States District Court